No. 92–6794.  VEREEN *v.* UNITED STATES, 507 U. S. 927.  Motion for leave to file petition for rehearing denied.